# Kennedys

22 Vanderbilt Avenue,
Suite 2400
New York, NY 10017

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646 625 4012

Eridania.Perez@kennedyslaw.com

April 13, 2026

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    **Matthew M. Pearson v. ACE American Insurance Company**
       **Civil Case No.: 7:26-CV-01353**

Honorable Judge Karas:

We represent ACE American Insurance Company ("ACE American") in the above-referenced insurance coverage matter.  We submit this letter to respectfully request that the pre-motion conference set for April 21, 2026 at 10:00 am (Dkt. 14) be rescheduled due to a scheduling conflict.

Our office is unable to attend the April 21, 2026 conference due to prior commitments. Specifically, I am scheduled to take a corporate representative deposition in another matter on that date, and my colleague, Jeff Trimarchi, is likewise committed to attend a mediation that was scheduled before this Court's pre-motion conference.

Accordingly, we respectfully request the Court to reschedule the pre-motion conference. We have conferred with Plaintiff's counsel, and they have no objection to our request.  We also discussed with Plaintiff's counsel the parties' mutual availability for a rescheduled conference. Both parties are currently available during the week of April 27, 2026, preferably April 28, April 30, or May 1, 2026.

Thank you in advance for your consideration.

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:* Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.

# Kennedys

Respectfully submitted,

*Eridania Perez*

**Eridania Perez**

Cc: All parties ECF

Granted. The conference is adjourned to 5/ 4 /26, at 11:30 AM via teleconference
So Ordered

4/13/26