Case 7:26-cv-01353-KMK Document 28-1 Filed 11/12/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW M. PEARSON,<br>Plaintiff,<br>-against-<br>ACE AMERICAN INSURANCE COMPANY a/k/a CHUBB,<br>Defendant. | Case No. 7:26-cv-01353 (KMK)<br><br>~~[PROPOSED]~~ **ORDER** |

KENNETH M. KARAS, United States District Judge:

Upon the letter-motion of Nicholas J. Wilson of Brewer Attorneys & Counselors to withdraw as counsel of record for Plaintiff Matthew M. Pearson (ECF No. 28), and good cause appearing, it is hereby ORDERED that:

1. The letter-motion is GRANTED. Nicholas J. Wilson is relieved as counsel of record for Plaintiff Matthew M. Pearson.

2. William A. Brewer III of Brewer Attorneys & Counselors shall continue as counsel of record for Plaintiff.

3. The Clerk of Court is respectfully directed to terminate Nicholas J. Wilson as counsel of record for Plaintiff, to remove him from the CM/ECF service list in this action, and to terminate the pending letter-motion (ECF No. __).

SO ORDERED.

Dated: November 13, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE